**RECEIVED**

NOV 1 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

CYNTHIA FURR, ET AL.

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 16-mc-73

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Cynthia Furr

(surviving daughter), as Special Administrator and Derivative; and Glenn Zapalac, Donald

Zapalac and Duane Zapalac, as Derivative Claimants, of the Estate of Justine Zapalac, is hereby

GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is

hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE